B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re Johnathon Page Flattum , Case No. 18-43493-BDL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | Seterus, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Selene Finance LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

Phone:
Last Four Digits of Acct #: 0619

Court Claim # (if known): 12
Amount of Claim: $293,487.02
Date Claim Filed: 12/17/2018

Phone:
Last Four Digits of Acct. #: 0741

Name and Address where transferee payments should be sent (if different from above):

Selene Finance LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

Phone:
Last Four Digits of Acct #: 0619

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lance E. Olsen          Date: 10/03/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

On 10/3/2019, I served the foregoing **TRANSFER OF CLAIM** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**  
Michael G. Malaier  
ecfcomputer@chapter13tacoma.org

**DEBTOR'S COUNSEL**  
Christina L Henry  
mainline@hdm-legal.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ George Chiriac  
George Chiriac

On 10/3/2019, I served the foregoing **TRANSFER OF CLAIM** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**  
Johnathon Page Flattum, 6619 S Junett St, Tacoma, WA 98409

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/3/2019

/s/ Hue Banh  
Hue Banh

M&H File No. WA-19-155260