| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Johnathon Page Flattum |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON (State) |
| Case number | 18-43493-BDL |

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known)**:** 12

**Last 4 digits** of any number you use to identify the debtor's account: 0619

**Property Address:** 6619 S Junett St
Number     Street

Tacoma, WA 98409
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. Total. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Debtor 1 | Johnathon Page Flattum | | Case number (if known) | 18-43493-BDL |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Lance E. Olsen           Date 12/08/2022
Signature

Print  Lance E. Olsen            Title  Attorney for Creditor
       First Name  Middle Name  Last Name

Company  McCarthy & Holthus, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  108 1ˢᵗ Avenue South, Ste. 300
         Number         Street
         Seattle, WA 98104
         City             State    ZIP Code

Contact phone  206-596-4856           Email  bknotice@mccarthyholthus.com

## CERTIFICATE OF SERVICE

On 12/8/2022, I served the foregoing **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
Michael G. Malaier
ecfcomputer@chapter13tacoma.org

**DEBTOR'S COUNSEL**
Christina L Henry
mainline@hdm-legal.com
chenry@hdm-legal.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 12/8/2022, I served the foregoing **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Johnathon Page Flattum, 6619 S Junett St, Tacoma, WA 98409

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 12/8/2022        /s/ Hue Banh
                        Hue Banh